## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEREK HARDESTY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CAROLYN W. COLVIN, )<br>)<br>Defendant. ) | CIVIL NO. 16-cv-359-JPG-CJP |

### JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. §405(g).

Judgment is entered in favor of plaintiff Derek Hardesty and against defendant Carolyn W. Colvin, Acting Commissioner of Social Security.

**DATED**: 12/6/2016            **JUSTINE FLANAGAN**
                              **Acting Clerk of Court**

                              **BY:s/Tina Gray**
                                   **Deputy Clerk**

**APPROVED:**

*s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**